```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   ANTHONY AYIOMAMITIS,

                                  Plaintiff,             ORDER SCHEDULING
                                                         SETTLEMENT CONFERENCE
               -against-
                                                         22-CV-2705 (PAC)
   DORLING KINDERSLEY PUBLISHING, LLC et al.,

                                  Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Monday, October 17, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Plaintiff may attend this proceeding by Facetime.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **October 10, 2022 by 5:00 p.m.**

SO ORDERED.

Dated: August 16, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2022