```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY AYIOMAMITIS,

                                  Plaintiff,

                -against-

DORLING KINDERSLEY PUBLISHING, LLC et al.,

                                Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE**

**22-CV-2705 (PAC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter scheduled for **Monday, October 17, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby converted to an attorney-only telephonic Settlement Status Conference. Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                                                _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge